IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

Charlena Singleton,            )  C. A. No. 2:04-0431-DCN-RSC
                               )
        Plaintiff,             )
                               )
        -versus-               )  **REPORT AND RECOMMENDATION**
                               )
Chief Katherine Hare; Sheriff  )
Al Cannon; Lt. Kevin McHale,   )
and Sgt. Mark Fields,          )
                               )
        Defendants.            )

This matter came before the court for consideration of the defendants' motion to dismiss or in the alternative for summary judgment. On oral argument, the plaintiff moved the dismissal of this action with prejudice. The defendant consented.

Therefore, it is recommended that this action be dismissed with prejudice in accord with Rule 41(a) of the Federal Rules of Civil Procedure.

Respectfully Submitted,

Robert S. Carr
United States Magistrate Judge

Charleston, South Carolina

July 13, 2005