## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

| | | |
|---|---|---|
| Charlena Singleton, | ) | C/A No. 2:04-0431-DCN-RSC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| Chief Katherine Hare; Sheriff Al Cannon; | ) | |
| Lt. Kevin McHale; and Sgt. Mark Fields, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The above referenced case is before this court upon the magistrate judge's recommendation that this action be dismissed with prejudice in accord with Rule 41(a) of the Federal Rules of Civil Procedure.  No objections have been filed as this dismissal is by consent of the parties.

Accordingly, the magistrate judge's report and recommendation is **affirmed** and this case is **dismissed** with prejudice.

**AND IT IS SO ORDERED.**

_____
David C. Norton
United States District Judge

Charleston, South Carolina
July 20, 2005

#### *NOTICE OF RIGHT TO APPEAL*
The parties are hereby notified that any  right to appeal this Order is governed by Rules 3 and 4 of the Federal Rules of Appellate Procedure.